**Order entered October 4, 2016**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00662-CV

### IN THE INTEREST OF L.R.C.V., A CHILD, Appellant

**On Appeal from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-15-08826**

## ORDER

Before the Court is appellant's June 30, 2016 motions to waive the filing fee of the appeal and to extend time to file his brief. Our records indicate appellant has been found entitled to proceed without advance payment of costs. We therefore **DENY** appellant's motion to waive the filing fee of the appeal as moot.

Our records further indicate that appellant filed a brief on September 15, 2016. That brief does not comply with the requirements of rule 38 of the rules of appellate procedure. Specifically, the brief is deficient as follows:

- It does not contain a table of contents with references to the pages of the brief. TEX. R. APP. P. 38.1(b).

- The table of contents does not indicate the subject matter of each issue or point, or group of issues or points. TEX. R. APP. P. 38.1(b).

- It does not contain an index of authorities arranged alphabetically and indicating the pages of the brief where the authorities are cited. TEX. R. APP. P. 38.1(c).

- It does not contain a concise statement of the case, the course of proceedings, and the trial court's disposition of the case supported by record references. TEX. R. APP. P. 38.1(d).

- It does not contain a statement explaining why oral argument should or should not be permitted. TEX. R. APP. P. 38.1(e).

- It does not concisely state all issues or points presented for review. TEX. R. APP. P. 38.1(f)

- The argument does not contain a clear and concise argument for the contentions made, with appropriate citations to authorities and to the record. TEX. R. APP. P. 38.1(i).

- It does not contain a short conclusion that clearly states the nature of the relief sought. TEX. R. APP. P. 38.1(j).

- It does not include an appendix that contains a copy of the trial court's judgment or other appealable order from which relief is sought. TEX. R. APP. P. 38.1(k)(1)(A).

- It does not include an appendix that contains a copy of the jury charge and verdict, if any, or the trial court's findings of fact and conclusions of law, if any. TEX. R. APP. P. 38.1(k)(1)(B).

- It does not include an appendix that contains the text of any rule, regulation, ordinance, statute, constitutional provision, or other law (excluding case law) on which the argument is based, and the text of any contract or other document that is central to the argument. TEX. R. APP. P. 38.1(k)(1)(C).

- Text of brief is not double spaced. TEX. R. APP. P. 9.4(d).

- It does not contain a proper certificate of compliance. TEX. R. APP. P. 9.4(i)(3).

- It does not contain a proper certificate of service. TEX. R. APP. P. 9.5(e)(2)(3).

Appellant shall file an amended brief correcting these deficiencies within **TEN DAYS** from the date of this order. We caution appellant that failure to file an amended brief that complies with the Texas Rules of Appellate Procedure may result in the submission of the appeal on the deficient brief. *See* TEX. R. APP. P. 38.8. Appellees may file an amended brief within ten days of any amended brief filed by appellant.

We **DENY** appellees' September 30, 2016 motion to dismiss.


/s/     DAVID L. BRIDGES
JUSTICE